1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
2  GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, CA 90067
   Telephone: (310) 203-8080
4  Facsimile: (310) 203-0567

5  Attorneys for Plaintiff
   SEALANT SYSTEMS INTERNATIONAL INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SEALANT SYSTEMS INTERNATIONAL INC., | CASE NO.  11-cv-774-PSG |
| Plaintiff, | **[**xxxxxxxxxxx**] ORDER** |
| v. | Dept:     Courtroom 5, 4th Floor |
| TEK GLOBAL S.R.L., | Judge:    Hon. Paul Singh Grewal |
| Defendant. | |

# [PROPOSED] ORDER

The Court has reviewed the Parties Stipulated Administrative Motion to Consider Whether Cases Are Related and Motion to Consolidate, the Court orders that:

1. Case No. 11-cv-774 entitled *Sealant Systems International Inc. v. TEK Global S.R.L.* ("Original Action") and Case No. 11-cv-1649 entitled *TEK Global S.R.L. v. Sealant Systems International Inc.* ("New Action") are related.

2. The Original Action and the New Action shall be consolidated for all purposes with the Original Action as the lead case. All subsequent filings in the consolidated actions will be made in the lead case.

3. The parties shall answer or otherwise respond to the complaints filed in the Original and New Action on or before June 7, 2011.

4. The parties also shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than June 14, 2011.

5. The Court resets the Initial Case Management Conference in the consolidated cases for June 28, 2011 in Courtroom 5, 4th Floor, SJ at 2:00 PM.

**IT IS SO ORDERED.**

Dated: __May 18_____, 2011        _____
                                     Hon. Paul Singh Grewal
                                     United States District Court