| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DUANE H. MATHIOWETZ, SBN 111831 |
| 2 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 3 | San Francisco, CA 94120-7880 |
|   | Telephone: (415) 983-1000 |
| 4 | Facsimile: (415) 983-1200 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | NEIL VOHRA, SBN 270256 |
| 6 | 725 South Figueroa Street, Suite 2800 |
|   | Los Angeles, CA 90017-5406 |
| 7 | Telephone: (213) 488-7100 |
|   | Facsimile: (213) 629-1033 |
| 8 | |
|   | Attorneys for Plaintiffs |
| 9 | TEK GLOBAL S.R.L and |
|   | TEK Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TEK GLOBAL, S.R.L. and TEK CORPORATION, | ) ) ) | No. CV 11-1649-PSG |
| Plaintiffs, | ) ) ) | [~~PROPOSED~~] **ORDER GRANTING PRIVILEGES REGARDING EQUIPMENT** |
| vs. | ) ) | |
| SEALANT SYSTEMS INTERNATIONAL, INC., | ) ) ) | **(CONSOLIDATED WITH CASE NO. CV 11-0774)** |
| Defendant. | ) ) ) ) ) ) ) ) | Date: May 2, 2012<br>Time: 10:00 AM<br>Location: 280 South 1st Street<br>Courtroom 5, 4th Floor<br>San Jose, CA 95113<br><br>Judge Paul Singh Grewal |

1   IT IS ORDERED that Duane Mathiowetz, counsel for Tek Global S.r.l. and Tek
2   Corporation, may bring into the Court on Wednesday, May 2, 2012, and remove from the Court
3   on May 2, 2012, the following equipment:
4       1.  One (1) lap-top computer;
5       2.  One (1) overhead projector; and
6       3.  Three (3) exemplar tire repair kits.

9   Dated:Oc{"4."4234"""""""""""

    PAUL S. GREWAL
    United States District Court Magistrate Judge