| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | DUANE H. MATHIOWETZ, SBN 111831 |
| 2 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 3 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 4 | Facsimile: (415) 983-1200 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | NEIL VOHRA, SBN 270256 |
| 6 | 725 South Figueroa Street, Suite 2800 |
|   | Los Angeles, CA  90017-5406 |
| 7 | Telephone: (213) 488-7100 |
|   | Facsimile: (213) 629-1033 |
| 8 | |
|   | Attorneys for Plaintiffs |
| 9 | TEK GLOBAL S.R.L and |
|   | TEK Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEK GLOBAL, S.R.L. and TEK CORPORATION,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SEALANT SYSTEMS INTERNATIONAL, INC.,<br><br>            Defendant. | No. CV 11-1649-PSG<br><br>**[PROPOSED] ORDER GRANTING PRIVILEGES REGARDING EQUIPMENT**<br><br>**(CONSOLIDATED WITH CASE NO. CV 11-0774)**<br><br>Date:      May 2, 2012<br>Time:     10:00 AM<br>Location: 280 South 1st Street<br>              Courtroom 5, 4th Floor<br>              San Jose, CA 95113<br><br>Judge Paul Singh Grewal |

1   IT IS ORDERED that Duane Mathiowetz, counsel for Tek Global S.r.l. and Tek Corporation, may bring into the Court on Wednesday, May 2, 2012, and remove from the Court on May 2, 2012, the following equipment:

1. One (1) lap-top computer;
2. One (1) overhead projector; and
3. Three (3) exemplar tire repair kits.

Dated: Oct 4, 2234

PAUL S. GREWAL
United States District Court Magistrate Judge