1  JEFFER, MANGELS, BUTLER & MITCHELL LLP
   STANLEY M. GIBSON (Bar No. 162329), sgibson@jmbm.com
2  GREGORY S. CORDREY (Bar No. 190144), gcordrey@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, CA 90067
   Telephone: (310) 203-8080
4  Facsimile: (310) 203-0567

5  Attorneys for Plaintiffs
   SEALANT SYSTEMS INTERNATIONAL INC.
6  ACCESSORIES MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SEALANT SYSTEMS INTERNATIONAL INC., AND ACCESSORIES MARKETING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEK GLOBAL S.R.L., and TEK Corporation,<br><br>Defendants. | CASE NO.   11-cv-774-PSG (Lead case)<br><br>**[PROPOSED]** ORDER GRANTING PRIVILEGES REGARDING EQUIPMENT<br><br>(Consolidated with Case No. 11-cv-1649)<br><br>Date:     May 2, 2012<br>Time:     10:00 a.m.<br>Location: 280 South 1st Street<br>          Courtroom 5, 4th Floor<br>Judge:    Hon. Paul Singh Grewal |
|---|---|

PRINTED ON
RECYCLED PAPER

LA 8732136v1

Case No. CV 11-774-PSG
ORDER GRANTING PRIVILEGES RE EQUIPMENT

1   IT IS ORDERED that Stanley M. Gibson and Gregory S. Cordrey, counsel for Plaintiffs

2   Sealant Systems International, Inc. and Accessories Marketing, Inc., may bring into the Court on

3   Wednesday, May 2, 2012, and remove from the Court on May 2, 2012, the following equipment:

4   1.   Two (2) lap-top computers;

5   2.   One (1) overhead projector; and

6   3.   Two (2) exemplar tire repair kits.

8   Dated:'O c{ ''4.''4234

PAUL S. GREWAL
United States District Court Magistrate Judge

LA 8732136v1

- 1 -

Case No. CV 11-774-PSG
ORDER GRANTING PRIVILEGES RE EQUIPMENT